COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name: *The Peterson Group, Inc., PGI Development Group, LP, and Wellington Yu v. PLTQ Lotus Group, L.P. and Cubo Group, L.L.C.*

Appellate case number: 01-10-00529-CV

Trial court case number: 0636672

Trial court: 152nd District Court of Harris County

Date motion filed: November 1, 2013

Party filing motion: Appellees, PLTQ Lotus Group, L.P. and Cubo Group L.L.C.

It is ordered that the motion for reconsideration en banc is **DENIED.**

Judge's signature: /s/ Michael Massengale
                          Acting for the Court

Panel consists of Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.

Justice Keyes dissents from the denial of en banc reconsideration

Date: December 19, 2013